```
JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
RICKEY D. TURNER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)
Attorneys for Federal Defendants
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | CASE NO. 3:09-CV-1658-SC |
| Plaintiff, | **JOINT STIPULATION TO STAY BRIEFING SCHEDULE** |
| v. | |
| KENNETH SALAZAR, in his official capacity as Secretary of Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SAM HAMILTON[1], in his official capacity as Director of the U.S. Fish & Wildlife Service, and the UNITED STATES FISH & WILDLIFE SERVICE, | |
| Defendants. | |

---

[1] Sam Hamilton is substituted as a party in his official capacity, pursuant to Fed. R. Civ. P. 25(d)(1).

Subject to the Court's approval, the parties respectfully stipulate to a temporary stay of briefing in this matter.  The parties have reached a settlement in principle and request additional time to obtain the appropriate approval within the Department of Interior and the Department of Justice.  If the parties have not settled the case by October 30, 2009, they agree to file a Joint Status Report on that date.

Respectfully submitted this 29th day of September, 2009.

MICHAEL WALL (CA Bar No. 170238)
Natural Resources Defense Council
111 Sutter Street 20th Floor
San Francisco, CA 94104-4540
Tel: 415.875.6162; Fax:  415.875.6100
mwall@nrdc.org

Rebecca J. Riley (w/ permission by RDT)
REBECCA J. RILEY,
admission pro hac vice
Natural Resources Defense Council
2 N. Riverside Plaza, Suite 2250
Chicago, IL  60606
Tel: 312.651.7913; Fax: 312.651.7919
rriley@nrdc.org

Attorney for Plaintiffs

JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief

/s/ Rickey D. Turner Jr.
RICKEY D. TURNER JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division

Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0229

Attorneys for Defendant

IT IS SO ORDERED:

10/1/09
_____
Date

_____
Judge Samuel Conti

*(Seal: United States District Court, Northern District of California — "IT IS SO ORDERED, Judge Samuel Conti")*