IGNACIA S. MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Chief
RICKEY D. TURNER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | CASE NO. 3:09-CV-1658-SC |
| Plaintiff, | **JOINT STIPULATION TO STAY BRIEFING SCHEDULE** |
| v. | |
| KENNETH SALAZAR, in his official capacity as Secretary of Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SAM HAMILTON, in his official capacity as Director of the U.S. Fish & Wildlife Service, and the UNITED STATES FISH & WILDLIFE SERVICE, | |
| Defendants. | |

1

2       Subject to the Court's approval, the parties respectfully stipulate to extend

3   the temporary stay of briefing in this matter.  The parties have reached a settlement

4   in principle and request additional time to obtain the appropriate approval within

5   the Department of Interior and the Department of Justice.  If the parties have not

6   settled the case by December 14, 2009, they agree to file a Joint Status Report on

7   that date.

8

9       Respectfully submitted this 20th day of November, 2009.

10

11       MICHAEL WALL (CA Bar No. 170238)
    Natural Resources Defense Council
12       111 Sutter Street 20th Floor
    San Francisco, CA 94104-4540
13       Tel: 415.875.6162; Fax:  415.875.6100
14       mwall@nrdc.org

15

16       <u>Rebecca J. Riley (w/ permission by RDT)</u>
    REBECCA J. RILEY,
17       admission pro hac vice
    Natural Resources Defense Council
18       2 N. Riverside Plaza, Suite 2250
    Chicago, IL  60606
19       Tel: 312.651.7913; Fax: 312.651.7919
20       rriley@nrdc.org

21       Attorney for Plaintiffs
22

23       JOHN C. CRUDEN
    Acting Assistant Attorney General
24       JEAN E. WILLIAMS, Chief

25
    <u>/s/ Rickey D. Turner Jr.</u>
26       RICKEY D. TURNER JR.
    Trial Attorney
27       U.S. Department of Justice
28       Environment & Natural Resources Division

1  Wildlife & Marine Resources Section
2  Ben Franklin Station
   P.O. Box 7369
3  Washington, DC 20044-7369
   Phone: (202) 305-0229
4
5  Attorneys for Defendant
6
7
8  IT IS SO ORDERED:
9
10
   _November 23, 2009_        _____
11        Date                 Judge Samuel Conti
12

*IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California (seal)*